# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GRANT COUNTY EXCAVATION, INC. | | |
| **Case Number:** | 4:13-BK-19613-SHG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 10, 2015 02:30 PM   COURTROOM 206 | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | ALICIA JOHNS | | |
| **Audio File Name:** | THL01174221.MP3 | | |
| **Audio File Size:** | 11,584 KB | | |
| **Audio File Length:** | 00:24:42 | | |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

## *Matters:*

1) CONTINUED HEARING ON MOTION TO DETERMINE (ESTIMATE) UNLIQUIDATED CLAIMS OF VICKI BENNETT, PUTATIVE CLASS MEMBERS IN BENNETT V. GRANT COUNTY EXCAVATION, DWYANE HART, AND GREG PREVOST (CLAIMS #54, 55, 56, AND 57) FILED BY ERIC OLLASON ON BEHALF OF GRANT COUNTY EXCAVATION, INC. (cont. from 12/2/14) (cont. from 1/6/15)
   **R / M #:** 165 / 0

2) ADM: 4:13-bk-19613-SHG
   CONTINUED STATUS HEARING ON MOTION FOR SANCTIONS (set at hrg. held 7/14/14) (cont. from 8/7/14) (cont. from 9/4/14) (cont. from 10/01/14) (cont. from 11/25/14)
   **R / M #:** 109 / 0

3) CONTINUED HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT (set at hrg. held 11/2514)
   **R / M #:** 94 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held